# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No.: 6:22-bk-03524-LVV** |
| | **Chapter 11** |
| **ADVANCED INTEGRATION SYSTEMS INC.** | **EIN: 81-2821190** |
| **Debtor.** | |
| _____/ | |

## NOTICE OF EFFECTIVE DATE OF THE PLAN

Advanced Integration Systems Inc. ("Debtor"), by and through undersigned counsel hereby gives Notice that March 31, 2023 is the Effective Date of the Debtor's Plan of Reorganization (Doc. No. 43).

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: jeff@bransonlaw.com
BransonLaw PLLC
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished on March 23, 2023, by electronic notice to U.S. Trustee's Office, 400 W. Washington Street, Suite 1101, Orlando, FL 32801; Subchapter V Trustee, L. Todd Budgen, Esquire, P.O. Box 520546, Longwood, FL 32752; Debtor: Advanced Integration Systems Inc, 10196 Melody Ridge Court, Clermont, FL 34711-9208; and to all creditors and interested parties.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-03524-LVV<br>Middle District of Florida<br>Orlando<br>Thu Mar 23 11:49:46 EDT 2023 | Advanced Integration Systems Inc.<br>10196 Melody Ridge Court<br>Clermont, FL 34711-9208 | Jeffrey Ainsworth<br>BransonLaw, PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Landrum Professional Employer Services, Inc.<br>c/o Douglas A. Bates, Esquire<br>PO Box 13010<br>Pensacola, FL 32591-3010 | (p)ADI GLOBAL DISTRIBUTION<br>ATTN ADAN TORRES CREDIT DEPARTMENT<br>275 BROADHOLLOW ROAD<br>SUITE 400<br>MELVILLE NY 11747-4863 |
| APS Concepts LLC<br>136 Buckskin Way<br>Winter Springs, FL 32708-4941 | Advantage Electronics<br>1710 Cumberland Point Drive<br>Suite 24<br>Marietta, GA 30067-9203 | Advantage Electronics<br>2270 Northwest Pkwy SE<br>Suite 180<br>Marietta, GA 30067-9318 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 13625<br>Philadelphia, PA 19101-3625 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express National Bank -<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Anixter<br>200 East Lies Road<br>Carol Stream, IL 60188-9418 | Bosch Security Systems, LLC<br>PO Box 7410391<br>Chicago, IL 60674-0391 |
| Cellco Partnership d/b/a Verizon Wireless -<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Christopher Brijbasu<br>10196 Melody Ridge Court<br>Clermont, FL 34711-9208 | Clinton Electronics Corporat -<br>6701 Clinton Road<br>Loves Park, IL 61111-3895 |
| Communications Supply Corp -<br>PO Box 847428<br>Dallas, TX 75284-7428 | Department of Revenue<br>400 W. Robinson Street<br>Suite N302<br>Orlando, FL 32801-1759 | Douglas Bates, ESQ<br>125 E. Intendencia St<br>Pensacola, FL 32502-6259 |
| Florida Department of Revenue -<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Fox Business Funding<br>1920 E. Hallandale Beach Blv<br>Suite 503<br>Hallandale, FL 33009-4723 | Holder Investments, Inc.<br>10339 Birch Tree Lane<br>Windermere, FL 34786-8021 |
| Internal Revenue Service -<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Landrum Professional Employer Services, Inc.<br>c/o Douglas A. Bates, Esq.<br>PO Box 13010<br>Pensacola, FL 32591-3010 | ODK Capital, LLC -<br>1400 Broadway<br>New York, NY 10018-5300 |
| On Deck, ODK Capital, LLC<br>4700 W. Daybreak Pakrway<br>Suite 200<br>South Jordan, UT 84009-5133 | OnDeck Client Services<br>Attn.: Director of Operation<br>901 N Stuart Street<br>Suite 700<br>Arlington, VA 22203-4418 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |

| | | |
|---|---|---|
| Robert B Branson<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Wagner Falconer & Judd, Ltd.<br>100 Fifth Street<br>Suite 800<br>Minneapolis, MN 55402-5357 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Douglas A. Bates +<br>Clark, Partington, Hart<br>P.O. Box 13010<br>125 E. Intendencia Street<br>Pensacola, FL 32502-6259 | Lori V. Vaughan +<br>Orlando<br>, FL | L. Todd Budgen +<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 |
| Bryan E Buenaventura +<br>U.S. Trustee Office - Region 21<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ADEMCO, Inc. -
dba ADI
PO Box 731340
Dallas, TX 75373

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Christopher Brijbasu<br>10196 Melody Ridge Court<br>Clermont, FL 34711-9208 | (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| (u)Landrum HR<br>219 East Garden Street<br>Suite 500 | (d)Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | (d)Jeffrey Ainsworth +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     7<br>Total                  43 |